```
DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (SBN 82482)
J. CROSS CREASON (SBN 209492)
155 Sansome St., Suite 700
San Francisco, California 94104
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300
```

Attorneys for Petitioner METALLURGICAL PLANT KAZSILICON LLP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METALLURGICAL PLANT KAZSILICON LLP,<br><br>Petitioner,<br><br>v.<br><br>CLEAN POWER INNOVATION LLC,<br><br>Respondent. | Case No. 3:22-CV-03117-YGR<br><br>**AMENDMENT TO PETITION TO CONFIRM FOREIGN ARBITRATION AWARD AND TO HAVE JUDGMENT ENTERED ON ARBITRATION AWARD** |

Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Petitioner METALLURGICAL PLANT KAZSILICON LLC ("Petitioner" or "Kazsilicon"), by and through its undersigned attorneys of record, hereby amends the Petition on file in this action to correctly identify the Respondent as CLEAN POWER INNOVATION LLC.

Dated:  May 27, 2022.        DILLINGHAM & MURPHY, LLP
                             WILLIAM F. MURPHY
                             J. CROSS CREASON

                             By: _William F. Murphy_____
                             Attorneys for Petitioner METALLURGICAL
                             PLANT KAZSILICON LLC

Page 1 – Case No.
AMENDMENT TO PETITION TO CONFIRM FOREIGN ARBITRATION AWARD & ENTER JUDGMENT